

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 N. Orange Street, Suite 700          (302) 573-6277
P.O. Box 2046                             FAX (302) 573-6220
Wilmington, Delaware 19899-2046

October 5, 2012

The Honorable Leonard P. Stark
United States District Court Judge
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> Re: **United States v. Wronald Best**
> <u>**Criminal Action No. 12-16-LPS**</u>

Dear Judge Stark:

On September 26, 2012, the parties jointly submitted the following redacted documents, pursuant to the Court's order of September 21, 2012.

- Memorandum of Plea Agreement (D.I. #5)
- Defense's Motion to Seal All Pleadings (D.I. # 12)
- Government's Motion for an Extension of Time to File a Response (D.I. # 14)
- Government's Memorandum in Opposition to Defendant's Motion to Seal All Pleadings (D.I. # 16)
- Memorandum Order (D.I. # 15)

Please note that we did not find anything to redact in the government's Motion for an Extension of Time to File a Response (D.I. # 14). Thank you for your consideration.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

By: _____
David L. Hall
Edward J. McAndrew
Assistant United States Attorneys

cc: Daniel Lyons, Esq.
Enc.