IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.:12-16-LPS |
| WRONALD S. BEST | ) |
| Defendant. | ) |

### ORDER

GOOD CAUSE APPEARING therefore, it is hereby Ordered that Sentencing in the above captioned matter is continued until _Monday, March 18_, 2013 at 3:00 pm in courtroom 6B.

_____
The Honorable Leonard P. Stark

Dated: 3/14/13